AARON *v.* THE STATE.

COBB, J. The evidence not being sufficient to establish beyond a reasonable doubt either that a larceny had been committed, or that, if committed, the accused was the perpetrator, it was error to overrule a motion for a new trial based upon the ground that the judgment of conviction was contrary to the evidence.

*Judgment reversed. All the Justices concurring, except Lumpkin, P. J., absent, and Candler, J., not presiding.*

Argued October 22, — Decided November 13, 1902.

Indictment for larceny from the house. Before Judge Crisp City court of Americus. September 11, 1902.

*J. R. Williams,* for plaintiff in error.

*F. A. Hooper, solicitor-general,* contra.

---

ANDERSON *v.* THE STATE.

SIMMONS, C. J. No error of law was complained of, and the evidence authorized the verdict.

*Judgment affirmed. All the Justices concurring, except Lumpkin, P. J., absent, and Candler, J., not presiding.*

Argued October 22, — Decided November 13, 1902.

Indictment for selling liquor. Before Judge Crisp. City court of Americus. August 22, 1902.

*James Taylor,* for plaintiff in error.

*F. A. Hooper, solicitor-general,* contra.